UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMON SILVA,

          Plaintiff,

v.

TROY BACON, *et al.*,

          Defendants.

Case No. C19-619-RAJ-MLP

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME

This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court at this time on Defendants' motion for an extension of time to file a supplemental response to Plaintiff's pending motions for preliminary injunction. Plaintiff has thus far filed two motions for preliminary injunction in this action. (*See* Dkt. ## 7, 9.) Plaintiff failed to properly note his first motion in accordance with Local Civil Rule 7(b)(1) and it therefore does not currently appear on the Court's motion calendar. (Dkt. # 7.) Plaintiff noted his second motion on the Court's calendar for consideration on July 5, 2019. (Dkt. # 9.)

On June 24, 2019, Defendants filed a response opposing Plaintiff's first, unnoted, motion for preliminary injunction. (Dkt. # 16.) Defendants have yet to respond to Plaintiff's second

ORDER GRANTING DEFENDANTS'
MOTION FOR EXTENSION OF TIME - 1

motion for preliminary injunction as they were apparently unaware that two such motions had been filed. (*See* Dkt. # 19 at 2.) Defendants now seek an extension of time to respond to the second motion. (*Id*.) Plaintiff has not opposed the requested extension. As the Court deems a complete response from Defendants necessary before it can properly address Plaintiff's motions for preliminary injunction, the Court will grant Defendants some additional time to supplement their original response.

Based on the foregoing, the Court ORDERS as follows:

(1)   Defendants' motion for an extension of time to file a supplemental response to Plaintiff's motions for preliminary injunction (dkt. # 19) is GRANTED. Defendants shall file their supplemental response not later than *July 29, 2019*.

(2)   Plaintiff's motions for preliminary injunction (dkt. ## 7, 9) are RE-NOTED on the Court's calendar for consideration on *August 2, 2019*. Plaintiff must file any reply brief in support of his motions by that date.

(3)   The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Richard A. Jones.

Dated this 22nd day of July, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge