HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMON SILVA,

    Plaintiff,

v.

TROY BACON, *et al.*,

    Defendants.

Case No. 19-cv-0619-RAJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Michelle Peterson, United States Magistrate Judge, Plaintiff's Objections and the remaining record, does hereby find and ORDER:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's motions for preliminary injunction (Dkt. ## 7, 9) are DENIED;

(3) Plaintiff's motion for an order of transport (Dkt. # 32) is DENIED as moot;

(3) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to Judge Peterson.

DATED this 18th day of November, 2019.

                    */s/ Richard A. Jones*
                    The Honorable Richard A. Jones
                    United States District Judge

ORDER – 1