UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMON SILVA,<br><br>                             Plaintiff,<br><br>    v.<br><br>TROY BACON, *et al.*,<br><br>                             Defendants. | Case No. C19-619-RAJ-MLP<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION FOR CONTINUANCE |

This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court at the present time on Defendants' motion for a continuance of the noting dates for Plaintiff's motion for summary judgment and his motion to compel. (Dkt. # 43.) Plaintiff's motion for summary judgment is currently noted on the Court's calendar for consideration on November 8, 2019, and his motion to compel is noted for consideration on November 15, 2019. (*See* Dkt. ## 39, 41.) Defendants ask that the noting dates for both motions be extended to November 22, 2019, based on the fact that Defendants' counsel had previously filed a notice of unavailability for the period during which Plaintiff filed his motions, and had asked that no formal action be taken in the case during that time. (Dkt. # 43.) Plaintiff's submission of his

ORDER GRANTING DEFENDANTS'
MOTION FOR CONTINUANCE - 1

motions during the period when counsel indicated he would be unavailable reduced, albeit only slightly, the amount of time counsel had to respond to those motions. Plaintiff has not objected to the requested continuance and it does appear a brief continuance is warranted under the circumstances.

Accordingly, the Court ORDERS as follows:

(1) Defendants' motion for a continuance (dkt. # 43) is GRANTED.

(2) Plaintiff's motion for summary judgment (dkt. # 39) and his motion to compel (dkt. # 41) are RENOTED on the Court's calendar for consideration on *November 22, 2019*. The Court notes that Defendants have now filed their responses to Plaintiff's motions. (Dkt. ## 45, 47.) Plaintiff may file any reply briefs in support of his motions not later than the newly established noting date.

(3) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Richard A. Jones.

Dated this 19th day of November, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR CONTINUANCE - 2