UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMON SILVA,<br><br>                Plaintiff,<br><br>  v.<br><br>TROY BACON, *et al.*,<br><br>                Defendants. | Case No. C19-619-RAJ<br><br>ORDER GRANTING DEFENDANT BACON'S MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed Plaintiff's amended complaint, Defendant Troy Bacon's motion for summary judgment, Plaintiff's motions for leave to file a successive summary judgment motion and for leave to amend his complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections and responses thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Defendant Bacon's motion for summary judgment (dkt. # 129) is GRANTED.

ORDER GRANTING DEFENDANT BACON'S
MOTION FOR SUMMARY JUDGMENT - 1

(3) Plaintiff's motions for leave to file a successive summary judgment motion (dkt. # 128) and for leave to amend his complaint (dkt. # 137) are DENIED.

(4) Plaintiff's remaining motions (dkt. ## 145, 148, 149, 152) are DENIED as moot.

(5) Plaintiff's amended complaint (dkt. # 8) and this action are dismissed with prejudice as to Plaintiff's remaining RLUIPA claim pertaining to the scented prayer oils.

(6) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to Judge Peterson.

DATED this 22nd day of October, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge